IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JONATHAN W. ROBERTSON, | § | |
| Plaintiff, | § | |
| | § | No. 3:10-CV-1424-N (BF) |
| v. | § | |
| | § | |
| JOHN E. POTTER, Postmaster General, and | § | |
| SHEILA SHANNON, | § | |
| Defendants. | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Jonathan W. Robertson ("Plaintiff") filed a voluntary Motion to Dismiss his claims against Sheila Shannon ("Shannon") because he joined her by mistake (doc. 23). Defendant John E. Potter ("Potter") filed a "Notice of Approval of Partial Dismissal (doc. 25), stating that neither Potter nor Shannon objects to Plaintiff's dismissal without prejudice of Plaintiff's claims against Shannon and that both defendants approve the Court's entry of an order of dismissal. (*Id*. at ¶ 4.) Accordingly, the Court recommends that the District Court enter an order dismissing without prejudice Plaintiff's claims against Shannon.[1] The Clerk shall return the case to the District Court.

SO RECOMMENDED, April 19, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the parties agree to the District Court's entry of an Order dismissing Plaintiff's claims against Shannon, all rights to object to these Findings, Conclusions, and Recommendation have been waived.