**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JONATHAN W. ROBERTSON,** | § | |
| **Plaintiff,** | § | |
| | § | **No. 3:10-CV-1424-N (BF)** |
| **v.** | § | |
| | § | |
| **JOHN E. POTTER, Postmaster General, and** | § | |
| **SHEILA SHANNON,** | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL

The United States Magistrate Judge recommended that the Court dismiss without prejudice

Jonathan W. Robertson's ("Plaintiff's") claims against Defendant Sheila Shannon ("Shannon"). All

parties have agreed to the dismissal. The recommendation is hereby accepted. Plaintiff's claims

against Shannon are dismissed without prejudice, and Shannon is dismissed from the case.

SIGNED June 6, 2011.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE