IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONATHAN W. ROBERTSON,          § | |
|     Plaintiff,          § | |
| § | No. 3:10-CV-1424-N (BF) |
| v.          § | |
| § | |
| JOHN E. POTTER, Postmaster General, and          § | |
| SHEILA SHANNON,          § | |
|     Defendants.          § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled.

The Motion for Summary Judgment of Defendants is granted. Accordingly, Plaintiff's claims against Defendants shall be dismissed with prejudice.

**SO ORDERED.**

**SIGNED** August 9, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE